NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  21-CR-0474 (2) BAH

THOMAS MUNN
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

John P. Calhoun
*(Attorney & Bar ID Number)*

Federal Public Defender
*(Firm Name)*

700 E San Antonio, Ste D-401
*(Street Address)*

El Paso       TX       79901
*(City)     (State)     (Zip)*

(915) 534-6525
*(Telephone Number)*