NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                              Criminal Number   21-CR-0474 (2) BAH

THOMAS MUNN
           (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

/S/Andrew Steed
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Andrew Steed
*(Attorney & Bar ID Number)*

Federal Public Defender
*(Firm Name)*

700 E. San Antonio, Ste. D-401
*(Street Address)*

El Paso            TX            79901
*(City)           (State)         (Zip)*

(915) 534-6525
*(Telephone Number)*