UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-474 |
| | : | |
| KRISTI MUNN, | : | Honorable Chief Judge Beryl A. Howell |
| THOMAS MUNN, | : | |
| DAWN MUNN, | : | |
| JOSHUA MUNN, | : | |
| KAYLI MUNN, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' FINAL REPORT AND POSITION REGARDING PUBLIC RELEASE OF PHOTO AND VIDEO EVIDENCE RE: THE MUNN DEFENDANTS**

Pursuant to the Court's September 30, 2022 Minute Order, the United States has no additional exhibits for the Court's consideration, outside of what was previously set forth in the Government's original notice, ECF 64, in preparation for the October 12, 2022 sentencings in the above referenced matter. The Government nevertheless provides the following chart for reference in each sentencing hearing:

| Defendant | Exhibits applicable to the defendant and referenced in sentencing memorandum | Exhibits applicable to the defendant, but not referenced in the sentencing memo |
|---|---|---|
| Dawn Munn | 2, 5-8, 21, 24, 32-37, 46-48, 57-58, 78-82 | 1, 3, 4, 17, 25 |
| Thomas Munn | 2, 5-8, 16, 46 | 1, 3, 4, 9-15, 18-20, 22, 23, 26-31, 59 |
| Kristi Munn | 2, 5-8, 34 | 1, 3, 4, 76, 77, 38-45, 59-68 |
| Joshua Munn | 2, 5-8, 49-56 | 1, 3, 4 |
| Kayli Munn | 2, 5-8 | 1, 3, 4, 71-75 |

The Government does not object to the public release of any of the photos or videos. Further, given that there are no additional exhibits, it appears that Defendant Dawn Munn (ECF 67) and Defendant Thomas Munn (ECF 74) do not object to the public release of the photos or

videos. Counsel for Kristi Munn contacted the Government and indicated that she does not object to the public release of the photos or videos. As of this filing, it is unknown what position Defendants Joshua and Kayli Munn take as to the public release of the exhibits.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES  
                                        United States Attorney  
                                        D.C. Bar No. 481052

By:            /s/  
                                        JENNIFER M. ROZZONI  
                                        NM Bar No. 14703  
                                        Assistant United States Attorney - Detailee  
                                        201 3rd Street, Suite 900  
                                        Albuquerque, NM 87102  
                                        Tel. No. 505-350-6818  
                                        Email: jennifer.m.rozzoni@usdoj.gov